UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                    Case No. 25-14970-PDR

ANCIOM, LLC.                                       Chapter 11 (Sub V)

      Debtor.
_____/

**DEBTOR'S EMERGENCY MOTION FOR
AUTHORIZATION TO USE CASH COLLATERAL**

*EMERGENCY HEARING REQUESTED PURSUANT TO LOCAL RULE 2081-1(G)(5)*

> *Debtor requests an emergency hearing on this matter as its ability to preserve its business and assets, and ultimately reorganize, will be adversely affected if the debtor's unable to pay ordinary course operating expenses. Therefore, Debtor respectfully requests that this Motion be set for hearing as soon as the Court's calendar allows.*

ANCIOM, LLC., (the "Debtor"), through its undersigned counsel, pursuant to 11 U.S.C. § 363 and Rule 4001 of the Federal Rules of Bankruptcy Procedures and Local Rule 2081-1(G)(5), files this Emergency Motion for Authorization to Use Cash Collateral, and in support thereof states as follows:

1. On May 1, 2025 (the "Petition Date"), the Debtor filed a voluntary petition for relief with this Court under Chapter 11 of the Bankruptcy Code.

2. As will be more fully set forth below, the Debtor requests authorization to use the cash collateral of creditors Water-Furnace International, Inc. Specialty Capital, and CT Corporation System, as representative to the extent these creditors may, in fact, have liens.[1]

---

[1] At this early stage in the proceedings, the Debtor's due diligence analysis of the extent and validity of lien claims is incomplete. The Debtor therefore reserves the right to challenge the same under applicable law.

## APPARENT LIEN HOLDERS

### Water Furnace International, Inc.

3.      Water Furnace International, Inc ("WFI") may have a lien on the cash collateral of the Debtor, by virtue of a UCC-1 filed on March 9, 2023, in the Florida Secured Transaction Registry. The secured collateral is purported to include all chattel paper, documents, accounts, deposit accounts, commercial tort claims, and general intangibles. Attached hereto as **Exhibit "A"** is a copy of the UCC-1 Financing Statements.

### Specialty Capital

4.      Specialty Capital ("Specialty") may purport to be a secured creditor of the Debtor by virtue of a UCC-1, filed on March 27, 2025, in the Florida Secured Transaction Registry. The secured collateral is purports to include all chattel paper, documents, accounts, deposit accounts, commercial tort claims, and general intangibles. The financing statement was filed within the 90 days prior to the Petition Date and can potentially be avoided as a preference. Attached hereto as **Exhibit "B"** is a copy of the UCC-1 Financing Statements.

### CT Corporation System

5.      CT Corporation System ("CT") may purport to be a secured creditor of the Debtor. CT filed a UCC-1 on July 19, 2023. However, the Debtor is unaware of any signed security agreement or loan agreement with CT. Attached hereto as **Exhibit "C"** is a copy of the UCC-1 Financing Statement. Accordingly, the Debtor maintains that CT does not have a valid lien on cash collateral.

### Twentythreec, LLC

6.      Twentythreec, LLC may assert that it is a secured creditor of the Debtor.

Twentythreec filed a UCC-1 on February 1, 2023. Attached hereto as **Exhibit "D"** is a copy of the UCC-1 Financing Statement. However, the Debtor is unaware of any outstanding balance owed to Twentythreec, LLC. Accordingly, the Debtor maintains that Twentythreec does not have a valid lien on cash collateral.

### RELIEF REQUESTED

7. By way of this Motion, the Debtor requests authorization of this Court to use the cash collateral of Square, pursuant to 11 U.S.C. § 363 to the extent it may, in fact, have a valid lien. The Debtor reserves all its rights to further investigate and challenge, as appropriate, the asserted lien of Square.

8. The Debtor does not believe that KYF has perfected its interest in the Debtor's cash or its accounts because it does not have a deposit control agreement or possession, as required by Florida law. *See Armstrong Bank v. Shraiberg, Landau & Page, P.A. (In re Tuscany Energy, LLC)*, 581 B.R. 681, 688 (Bankr. S.D. Fla. 2018). Likewise AAA does not have a lien because it does not have a security agreement.

9. The purpose of the request herein is to allow the Debtor to pay its regular operating expenses in the regular course of business, as well as the administrative expenses in these Chapter 11 proceedings as they become due.

10. It is submitted that the use of the cash collateral is necessary for an effective reorganization and to avoid harm to the Debtor's bankruptcy estate and the unsecured creditors. The Debtor needs to be able to pay its regular business expenses, as well as its administrative expenses as they become due, to continue operating as a going concern, and to maintain compliance with the guidelines of the Office of the U.S. Trustee.

11. The Debtor proposes to grant a replacement lien to WFI, Specialty, CT and

Twentythreec to the same extent as their respective pre-petition liens, if any, pursuant to 11 U.S.C. §361(2) on and in all property set forth in the respective security agreements and related lien documents on an interim basis through and including the interim hearing in this matter, without any waiver by the Debtor as to the extent, validity or priority of said liens.

12. The Debtor has prepared an interim six-month budget on a monthly basis attached hereto as **Exhibit "E"**. A monthly budget will be provided in advance of any future hearing requesting use of additional cash collateral.

13. The Debtor seeks to use the cash collateral sooner than fifteen (15) days after the service of the Motion in the amount set forth in the Budget, through the date of the next interim hearing, which the Debtor proposes be set on least with fifteen (15) days' notice from the date of this Motion, unless otherwise agreed. Upon release and authorization of the requested cash collateral, prior to the next hearing, the funds will be used to pay for Debtor's ordinary course and administrative expenses, as set forth in the monthly budgets, subject to a 10% variance in any given line item.

**WHEREFORE**, the Debtor requests this Honorable Court enter an Order granting this Motion for Authorization to Use Cash Collateral and for such other and further relief as the Court deems just and proper.

Dated May 2, 2025.

                                            Cohen Legal Services, P.A.
                                            *Proposed Counsel for the Debtor*
                                            1801 NE 123rd Street, Suite 314
                                            North Miami, FL 33181
                                            Phone: (305) 570-2326

                                            */s/ Rachamin Cohen, Esq.*
                                            Rachamin Cohen, Esq.

Florida Bar No. 96305
Email: rocky@lawcls.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the forgoing Application was filed and served via CM/ECF notification to all parties registered to receive electronic notice on this 2nd day of May, 2025.

*/s/ Rachamin Cohen*
Rachamin Cohen, Esq.
Florida Bar No. 96305

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 25-14970-PDR<br>Southern District of Florida<br>Fort Lauderdale<br>Fri May  2 09:05:31 EDT 2025 | Anciom, LLC<br>2752 NW 30th Way<br>Lauderdale Lakes, FL 33311-2033 | American Custom Coils, Inc.<br>1664 139th Street<br>Gardena, CA 90249-3003 |
| American Express<br>POB 6031<br>Carol Stream, IL 60197-6031 | Capital Coil & Air<br>21 Turner Lane<br>West Chester, PA 19380-4805 | Capital One<br>POB 60519<br>City of Industry, CA 91716-0519 |
| Chase Ink Card<br>POB 15123<br>Wilmington, DE 19850-5123 | Evolution Logistics<br>9800 NW 100 Rd. Suite 14<br>Medley, FL 33178-1239 | Florida Department of Revenue<br>2450 Shumard Oak Blvd<br>Tallahassee, FL 32399-7022 |
| Florida Department of Revenue<br>50 West Tennessee Street<br>Tallahassee, FL 32399-0001 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>Centralized Insovency Operation<br>PO Box 7317<br>Philadelphia, PA 19101-7317 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Peac Solutions<br>300 Fellowship Road<br>Mount Laurel, NJ 08054-1201 | Specialty Capital<br>60 Cutler Mill Rd. #512<br>Great Neck, NY 11021-3104 |
| Stefany Villanueva<br>12603 SW 54th Court<br>Miramar, FL 33027-5483 | Twenty Three LLC<br>161 25th Street NW<br>Naples, FL 34120-1833 | Water-Furnace Intl. Inc.<br>9000 Conservation Way<br>Fort Wayne, IN 46809-9794 |
| Rachamin Cohen<br>Rachamin Cohen<br>1801 NE 123rd Street<br>Ste 314<br>North Miami, FL 33181-2883 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Internal Revenue Service<br>400 W Bay Street<br>M/S 5730<br>Jacksonville, FL 32202 | End of Label Matrix<br>Mailable recipients    18<br>Bypassed recipients     0<br>Total                  18 |

# **<u>EXHIBIT A</u>**

# UCC FINANCING STATEMENT FORM

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**
NCS UCC SERVICES GROUP; 4404619661
Email UCC@NCSCREDIT.COM

**B. SEND ACKNOWLEDGEMENT TO:**

**FILED**
2023 Mar 09 09:09 AM
****** 202300649403 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| ANCIOM L.L.C. | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS Line One | | This space not available. | | |
| 6521 NW 14TH ST | | | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| | PLANTATION | FL | 33313 | US |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS Line One | | This space not available. | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| WATERFURNACE INTERNATIONAL, INC. | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS Line One | | This space not available. | | |
| 9000 CONSERVATION WAY | | | | |
| MAILING ADDRESS Line Two | CITY | STATE | POSTAL CODE | COUNTRY |
| | FORT WAYNE | IN | 46809 | US |

**4. This FINANCING STATEMENT covers the following collateral:**

Please see attached

**5. ALTERNATE DESIGNATION (if applicable)**  ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR
☐ AG LIEN  ☐ NON-UCC FILING  ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** - YOU ARE REQUIRED TO CHECK **EXACTLY ONE** BOX
☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
☑ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**   U334051

STANDARD FORM - FORM UCC-1 (REV.05/2013)   Filing Office Copy   Approved by the Secretary of State, State of Florida

Exhibit "B"

# STATE OF FLORIDA UNIFORM COMMERCIAL CODE FINANCING STATEMENT FORM

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**
CORPORATION SERVICE COMPANY; 18008585294

**B. Email** FLSOSUCCFILINGSV3@CSCGLOBAL.COM

**C. SEND ACKNOWLEDGEMENT TO:**
Name
Address
Address
City/State/Zip

Florida Secured Transaction Registry

## FILED

2025 Mar 27 11:10 AM

********* 202500765138 *********

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

| 1.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| ANCIOM L.L.C. | | | |
| 1.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1.c MAILING ADDRESS Line One | | | |
| 2752 NORTHWEST 29TH STREET | This space not available. | | |
| MAILING ADDRESS Line Two | CITY: OAKLAND PARK | STATE: FL   POSTAL CODE: 33311 | COUNTRY: USA |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

| 2.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2.b INDIVIDUAL'S SURNAME: VILLANUEVA | FIRST PERSONAL NAME: STEFANY | ADDITIONAL NAME(S)/INITIAL(S): KELLY | SUFFIX |
| 2.c MAILING ADDRESS Line One | | | |
| 12603 SW 54TH CT | This space not available. | | |
| MAILING ADDRESS Line Two | CITY: MIRAMAR | STATE: FL   POSTAL CODE: 33027 | COUNTRY: USA |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY (3a OR 3b)

| 3.a ORGANIZATION'S NAME | | | |
|---|---|---|---|
| CORPORATION SERVICE COMPANY, AS REPRESENTATIVE | | | |
| 3.b INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3.c MAILING ADDRESS Line One | | | |
| PO BOX 2576 UCCSPREP@CSCINFO.COM | This space not available. | | |
| MAILING ADDRESS Line Two | CITY: SPRINGFIELD | STATE: IL   POSTAL CODE: 62708 | COUNTRY: USA |

**4. This FINANCING STATEMENT covers the following collateral:**

SECURED PARTY HAS PURCHASED CERTAIN "FUTURE RECEIPTS" FROM DEBTOR. "FUTURE RECEIPTS" MEANS ALL PAYMENTS MADE TO DEBTOR BY CASH, CHECK, ACH, OR OTHER ELECTRONIC TRANSFER, CREDIT CARD, DEBIT CARD, BANK CARD, CHARGE CARD OR OTHER FORM OF MONETARY PAYMENT IN THE ORDINARY COURSE OF DEBTOR'S BUSINESS. DEBTOR AND SECURED PARTY INTEND THAT THE SALE OF FUTURE RECEIPTS IS A SALE AND NOT AN ASSIGNMENT FOR SECURITY. NOTICE: PURSUANT TO THE AGREEMENT BETWEEN DEBTOR AND SECURED PARTY, DEBTOR IS PROHIBITED FROM OBTAINING ANY FINANCING THAT IMPAIRS THE VALUE OF THE FUTURE RECEIPTS OR SECURED PARTY'S RIGHT TO COLLECT SAME

**5. ALTERNATE DESIGNATION (if applicable)**   ☐ LESSEE/LESSOR   ☐ CONSIGNEE/CONSIGNOR   ☐ BAILEE/BAILOR
☐ AG LIEN   ☐ NON-UCC FILING   ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** – YOU ARE REQUIRED TO CHECK **EXACTLY ONE** BOX
☒ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
☐ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**
3082 89529

STANDARD FORM - FORM UCC-1 (REV.05/2013)   Filing Office Copy   Approved by the Secretary of State, State of Florida

Exhibit "C"

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT SUBMITTER (optional)
Name: Wolters Kluwer Lien Solutions Phone: 800-331-3282 Fax: 818-662-4141

B. E-MAIL CONTACT AT SUBMITTER (optional)
uccfilingreturn@wolterskluwer.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Lien Solutions        94050642
P.O. Box 29071
Glendale, CA 91209-9071        FLFL

File with: Department of State, FL
SEE BELOW FOR SECURED PARTY CONTACT INFORMATION

FLORIDA SECURED TRANSACTION REGISTRY

FILED

2023 Jul 19 10:21 AM

****** 202301969523 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| ANCIOM L.L.C | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 6501 NW 14th Street | Plantation | FL | 33313 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| C T Corporation System, as representative | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 330 N Brand Blvd, Suite 700, Attn: SPRS | Glendale | CA | 91203 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
Secured Party has purchased certain "Future Receipts" from Debtor. "Future Receipts" means all payments made to Debtor by cash, check, ACH or other electronic transfer, credit card, debit card, bank card, charge card or other form of monetary payment in the ordinary course of Debtor's business. Notice: Pursuant to the agreement between Debtor and Secured Party, Debtor is prohibited from obtaining any financing that impairs the value of the Future Receipts or Secured Party's right to collect same. In the event that any entity is granted a security interest in Debtor's Future Receipts contrary to the above, the Secured Party asserts a claim to any proceeds thereof received by such entity. As per the FUTURE RECEIVABLES SALE AGREEMENT, the Secured Party has a security interest in all of Debtor's present and future accounts, chattel paper, deposit accounts, documents, personal property, assets and fixtures, general intangibles, instruments and inventory whenever located, equipment, and proceeds now or hereafter owned or acquired by Debtor.

☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22.F.S. have been paid

☒ Florida documentary stamp tax is not required

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
94050642

Prepared by Lien Solutions, P.O. Box 29071,

Exhibit "D"

# STATE OF FLORIDA UNIFORM COMMERCIAL CODE
# FINANCING STATEMENT FORM

**A. NAME & DAYTIME PHONE NUMBER OF CONTACT PERSON**
NCS UCC SERVICES GROUP; 4404619661
Email UCC@NCSCREDIT.COM

**B. SEND ACKNOWLEDGEMENT TO:**

**FILED**
2023 Feb 01 11:14 AM
****** 202300291968 ******

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (1a OR 1b) - Do Not Abbreviate or Combine Names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| ANCIOM L.L.C. | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 1c. MAILING ADDRESS Line One | | | |
| 6521 NW 14TH ST | | This space not available. | |
| MAILING ADDRESS Line Two | CITY: PLANTATION | STATE: FL  POSTAL CODE: 33313 | COUNTRY: US |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - INSERT ONLY ONE DEBTOR NAME (2a OR 2b) - Do Not Abbreviate or Combine Names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 2c. MAILING ADDRESS Line One | | This space not available. | |
| MAILING ADDRESS Line Two | CITY | STATE  POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - INSERT ONLY ONE SECURED PARTY NAME (3a OR 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| TWENTYTHREEC, LLC | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| 3c. MAILING ADDRESS Line One | | | |
| 15 CENTURY BLVD., SUITE 202 | | This space not available. | |
| MAILING ADDRESS Line Two | CITY: NASHVILLE | STATE: TN  POSTAL CODE: 37214 | COUNTRY: US |

**4. This FINANCING STATEMENT covers the following collateral:**
Please see the attached.

**5. ALTERNATE DESIGNATION (if applicable)**  ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR  ☐ AG LIEN  ☐ NON-UCC FILING  ☐ SELLER/BUYER

**6. Florida DOCUMENTARY STAMP TAX** - YOU ARE REQUIRED TO CHECK **EXACTLY ONE** BOX
☐ All documentary stamps due and payable or to become due and payable pursuant to s. 201.22 F.S., have been paid.
☒ Florida Documentary Stamp Tax is not required.

**7. OPTIONAL FILER REFERENCE DATA**   U332378

STANDARD FORM - FORM UCC-1 (REV.05/2013)    Filing Office Copy    Approved by the Secretary of State, State of Florida

# Exhibit "E"

Anciom CY Forecast - BK Income Statement

| | MAY-2025 | JUN-2025 | JUL-2025 | AUG-2025 | SEP-2025 | OCT-2025 | Total |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Revenue** | | | | | | | |
| Discounts given | (1,354.00) | (3,766.00) | (2,978.00) | (2,011.00) | (1,204.00) | (1,217.00) | (12,530.00) |
| Coating Sales | 60,463.00 | 61,673.00 | 62,906.00 | 64,164.00 | 65,447.00 | 66,756.00 | 381,409.00 |
| Coil Sales | 54,919.00 | 54,919.00 | 54,919.00 | 54,919.00 | 54,919.00 | 54,919.00 | 329,514.00 |
| Refurbishment Sales | 20,000.00 | 260,000.00 | 180,000.00 | 82,000.00 | - | - | 542,000.00 |
| Administrative Income | 5,361.00 | 14,913.00 | 11,794.00 | 7,963.00 | 4,766.00 | 4,818.00 | 49,615.00 |
| **Total Revenue** | 139,389.00 | 387,739.00 | 306,641.00 | 207,035.00 | 123,928.00 | 125,276.00 | 1,290,008.00 |
| **Cost of Sales** | | | | | | | |
| Contractors | 17,074.25 | 50,174.25 | 41,526.00 | 25,904.50 | 14,735.50 | 14,843.50 | 164,258.00 |
| Equipment Rental | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 6,000.00 |
| Job Supplies | 51,222.75 | 150,522.75 | 124,578.00 | 77,713.50 | 44,206.50 | 44,530.50 | 492,774.00 |
| Merchant Processing Fees | 348.00 | 969.00 | 767.00 | 518.00 | 310.00 | 313.00 | 3,225.00 |
| **Total Cost of Sales** | 69,645.00 | 202,666.00 | 167,871.00 | 105,136.00 | 60,252.00 | 60,687.00 | 666,257.00 |
| **Gross Profit** | 69,744.00 | 185,073.00 | 138,770.00 | 101,899.00 | 63,676.00 | 64,589.00 | 623,751.00 |
| **Operating Expenses** | | | | | | | |
| Advertising & Marketing | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 3,000.00 |
| Bank Charges & Fees | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 600.00 |
| Car & Truck | - | - | - | - | - | - | - |
| Ford F-250 | 780.00 | 780.00 | 780.00 | 780.00 | 780.00 | 780.00 | 4,680.00 |
| Fuel | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 18,000.00 |
| Insurance | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 7,200.00 |
| Interest Paid | 2,300.00 | 2,300.00 | 2,300.00 | 2,300.00 | 2,300.00 | 2,300.00 | 13,800.00 |
| Legal & Professional Services | | | | | | | |
| Accounting Fees | 3,900.00 | 3,900.00 | 3,900.00 | 3,900.00 | 3,900.00 | 3,900.00 | 23,400.00 |
| Legal Fees | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 15,000.00 |
| Sub Chapter-V Trustee | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 6,000.00 |
| Meals & Entertainment | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 1,500.00 |
| Office Supplies & Software | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 12,000.00 |
| Payroll | | | | | | | |
| Health Insurance | 380.25 | 380.25 | 380.25 | 380.25 | 380.25 | 380.25 | 2,281.50 |
| Payroll Benefits Expense | 549.33 | 549.33 | 549.33 | 549.33 | 549.33 | 549.33 | 3,296.00 |
| Employer Payroll Taxes | 2,184.00 | 2,184.00 | 2,184.00 | 2,184.00 | 2,184.00 | 2,184.00 | 13,104.00 |
| Staff Wages | 14,408.33 | 14,408.33 | 14,408.33 | 14,408.33 | 14,408.33 | 14,408.33 | 86,449.98 |
| Insider Wages | 9,165.00 | 9,165.00 | 9,165.00 | 9,165.00 | 9,165.00 | 9,165.00 | 54,990.00 |
| Payroll Fees | 768.50 | 768.50 | 768.50 | 768.50 | 768.50 | 768.50 | 4,611.00 |
| Office Lease | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 36,000.00 |
| Travel | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 1,500.00 |
| Lodging | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 1,350.00 |
| Parking & Tolls | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 1,350.00 |
| Utilities | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 6,600.00 |
| **Total Operating Expenses** | 52,785.41 | 52,785.41 | 52,785.41 | 52,785.41 | 52,785.41 | 52,785.41 | 316,712.48 |
| **Income from Operations** | 16,958.59 | 132,287.59 | 85,984.59 | 49,113.59 | 10,890.59 | 11,803.59 | 307,038.52 |