**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

In re:                                                                  Case No. 25-14970-PDR

ANCIOM, LLC.                                                    Chapter 11 (Sub V)

    Debtor.
_____/

**INTERIM ORDER AUTHORIZING DEBTOR'S MOTION FOR AUTHORIZATION**
**TO USE CASH COLLATERAL [ECF NO. __]**
**AND SETTING HEARING**

**THIS MATTER** came before the Court on **May __, 2024 at a.m./p.m.** for hearing on the Debtor's *Motion for Authorization to Use Cash Collateral* (the "Motion") [ECF No. __]. Water Furnace International Inc., Specialty Capital, CT Corporation System, and Twentythreec, LLC ("Creditors") may have a lien on the cash held by the Debtor by virtue of various loan agreements

and UCC-1 Financing Statements, which are attached as Exhibits A-D to the Debtor's Emergency Motion for Authorization to Use Cash Collateral.

The Debtor asserts that the current income and expenditures set forth in the budget presented by the Debtor are estimates and approximations based on past, present and projected data regarding the Debtor's operations, and found to be reasonable.  The Court, having reviewed the Motion, and pleadings in this case, having heard arguments of counsel and being fully advised on the premises, it is hereby,

**ORDERED,** as follows:

1. The Motion is hereby **GRANTED** as set forth herein on an interim basis.

2. During the pendency of this bankruptcy and until further Order of this Court, all pre-petition and post-petition income shall be turned over and paid to the Debtor for deposit into the Debtor in Possession bank account. The use of the cash collateral is necessary for an effective reorganization and to avoid harm to the Debtor's bankruptcy estate. The Debtor needs to be able to pay its regular business operating expenses and administrative expenses and other ordinary expenses as they become due.

3. Based upon the arguments made on the record at the hearing on this matter, the Debtor is authorized to use its cash collateral in the regular course of its business affairs pursuant to the budget, attached hereto as **Exhibit A,** filed on an interim basis until further Order of this Court, subject to the variance authorized below.

4. The Debtor's authorization to use cash collateral is limited to a variance not to exceed 10% of any particular line-item expense on the budgets attached hereto, unless otherwise agreed in writing between the parties or by order of this Court.

5. As adequate protection for and to the extent of Debtor s' use of "cash collateral" pursuant to this Order, the Creditors are hereby granted, as of the Petition Date, replacement liens to the same extent as any pre-petition lien, pursuant to 11 U.S.C. § 361(2), on an interim basis, without any prejudice to any rights of the Debtor to seek to void the lien as to the extent, validity, or priority of said liens.

6. Notwithstanding anything herein to the contrary, if it is later determined that any secured creditor that obtained a replacement lien as adequate protection pursuant to this Order has inadequate collateral as result of replacement lien, said replacement lien shall have super priority status pursuant to 11 U.S.C. § 507(b), subject to and junior to the fees of the United States Trustee pursuant to 28 U.S.C. § 1930, court costs and any administrative fees and costs awarded by the Court in this proceeding.

7. The relief granted herein is effective through the hearing date scheduled below.

8. The Court will conduct a continued interim hearing on the Debtor's Emergency Motion for Authorization to Use Cash Collateral on **May __, 2025 at  p.m./a.m..** at 299 E. Broward Blvd., Courtroom 301, Fort Lauderdale, FL 33301.

9. All participants, whether attending in person or remotely, must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

10. It is the intent of the Court and this Order to preserve the rights of all parties and to preserve the status quo pending further proceedings. As a result, any right, objection, factual assertion, or legal argument not specifically addressed and ruled upon by the Court at the hearing or in this Order shall remain as it was prior to the entry of this Order.

11. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

###

**Submitted by:**
Rachamin Cohen, Esq.
Cohen Legal Services, PA
*Counsel for the Debtor*
1801 NE 123rd Street, Suite 314
North Miami, FL 33181
Phone: (305) 570-2326
Email:  rocky@lawcls.com

*[Rachamin Cohen, Esq. is directed to provide a copy of this signed Order to all parties of record and to file a Certificate of Service conforming with Local Rule 2002-1(F), within 3 days of entry of this Order]*

# **EXHIBIT A**

Anciom CY Forecast - BK Income Statement

| | MAY-2025 | JUN-2025 | JUL-2025 | AUG-2025 | SEP-2025 | OCT-2025 | Total |
|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | |
|   Discounts given | (1,354.00) | (3,766.00) | (2,978.00) | (2,011.00) | (1,204.00) | (1,217.00) | (12,530.00) |
|   Coating Sales | 60,463.00 | 61,673.00 | 62,906.00 | 64,164.00 | 65,447.00 | 66,756.00 | 381,409.00 |
|   Coil Sales | 54,919.00 | 54,919.00 | 54,919.00 | 54,919.00 | 54,919.00 | 54,919.00 | 329,514.00 |
|   Refurbishment Sales | 20,000.00 | 260,000.00 | 180,000.00 | 82,000.00 | - | - | 542,000.00 |
|   Administrative Income | 5,361.00 | 14,913.00 | 11,794.00 | 7,963.00 | 4,766.00 | 4,818.00 | 49,615.00 |
| **Total Revenue** | 139,389.00 | 387,739.00 | 306,641.00 | 207,035.00 | 123,928.00 | 125,276.00 | 1,290,008.00 |
| **Cost of Sales** | | | | | | | |
|   Contractors | 17,074.25 | 50,174.25 | 41,526.00 | 25,904.50 | 14,735.50 | 14,843.50 | 164,258.00 |
|   Equipment Rental | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 6,000.00 |
|   Job Supplies | 51,222.75 | 150,522.75 | 124,578.00 | 77,713.50 | 44,206.50 | 44,530.50 | 492,774.00 |
|     Merchant Processing Fees | 348.00 | 969.00 | 767.00 | 518.00 | 310.00 | 313.00 | 3,225.00 |
| **Total Cost of Sales** | 69,645.00 | 202,666.00 | 167,871.00 | 105,136.00 | 60,252.00 | 60,687.00 | 666,257.00 |
| **Gross Profit** | 69,744.00 | 185,073.00 | 138,770.00 | 101,899.00 | 63,676.00 | 64,589.00 | 623,751.00 |
| **Operating Expenses** | | | | | | | |
|   Advertising & Marketing | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 500.00 | 3,000.00 |
|   Bank Charges & Fees | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 600.00 |
|   Car & Truck | - | - | - | - | - | - | - |
|     Ford F-250 | 780.00 | 780.00 | 780.00 | 780.00 | 780.00 | 780.00 | 4,680.00 |
|     Fuel | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,000.00 | 18,000.00 |
|   Insurance | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 1,200.00 | 7,200.00 |
|   Interest Paid | 2,300.00 | 2,300.00 | 2,300.00 | 2,300.00 | 2,300.00 | 2,300.00 | 13,800.00 |
|   Legal & Professional Services | | | | | | | |
|     Accounting Fees | 3,900.00 | 3,900.00 | 3,900.00 | 3,900.00 | 3,900.00 | 3,900.00 | 23,400.00 |
|     Legal Fees | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 15,000.00 |
|     Sub Chapter-V Trustee | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 6,000.00 |
|   Meals & Entertainment | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 1,500.00 |
|   Office Supplies & Software | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 12,000.00 |
|   Payroll | | | | | | | |
|     Health Insurance | 380.25 | 380.25 | 380.25 | 380.25 | 380.25 | 380.25 | 2,281.50 |
|     Payroll Benefits Expense | 549.33 | 549.33 | 549.33 | 549.33 | 549.33 | 549.33 | 3,296.00 |
|     Employer Payroll Taxes | 2,184.00 | 2,184.00 | 2,184.00 | 2,184.00 | 2,184.00 | 2,184.00 | 13,104.00 |
|     Staff Wages | 14,408.33 | 14,408.33 | 14,408.33 | 14,408.33 | 14,408.33 | 14,408.33 | 86,449.98 |
|     Insider Wages | 9,165.00 | 9,165.00 | 9,165.00 | 9,165.00 | 9,165.00 | 9,165.00 | 54,990.00 |
|     Payroll Fees | 768.50 | 768.50 | 768.50 | 768.50 | 768.50 | 768.50 | 4,611.00 |
|   Office Lease | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 36,000.00 |
|   Travel | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 1,500.00 |
|   Lodging | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 1,350.00 |
|   Parking & Tolls | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 225.00 | 1,350.00 |
|   Utilities | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 1,100.00 | 6,600.00 |
| **Total Operating Expenses** | 52,785.41 | 52,785.41 | 52,785.41 | 52,785.41 | 52,785.41 | 52,785.41 | 316,712.48 |
| **Income from Operations** | 16,958.59 | 132,287.59 | 85,984.59 | 49,113.59 | 10,890.59 | 11,803.59 | 307,038.52 |